IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

OMAR MOODY, #M0032                                                                              PLAINTIFF

VS.                                                               CIVIL ACTION NO. 4:06cv150-DPJ-JCS

CORRECTIONAL OFFICER "UNKNOWN" CAUDILL,
SERGEANT WILLIE RUFFIN,
CORRECTIONAL OFFICER MR. "UNKNOWN" COLE,
AND CORRECTIONAL OFFICER "UNKNOWN" CHANDLER                 DEFENDANTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of September, 2007.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE